# Geddes's Estate.

*Wills—Probate — Refusal of issue devisavit vel non — Testamentary capacity—Undue influence—Appeals.*

1. Where, on an appeal from a refusal of an issue devisavit vel non, the only grounds for the contest alleged were lack of testamentary capacity and undue influence, and the record is devoid of evidence sufficient to sustain these contentions, and the sole assignment of error is to the decree, the appellate court will affirm without further comment.

Argued March 17, 1925. Appeal, No. 35, March T., 1925, by Clark J. Duncan et al., guardians of Wm. T. Geddes, Jr., son of decedent, from decree of O. C. Somerset Co., to Estate No. 16, of 1924, refusing issue devisavit vel non, in estate of William T. Geddes, deceased. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ. Affirmed.

Appeal from register of wills. Before BERKEY, P. J.

The opinion of the Supreme Court states the facts.

Issue devisavit vel non refused. Clark J. Duncan et al., guardians of Wm. T. Geddes, Jr., son of decedent, appealed.

*Error assigned* was decree, quoting record.

*Clarence L. Shaver*, with him *Harry E. McWhinney* and *William Williams*, for appellant.

*John A. Hartman, Charles F. Uhl* and *Chas. H. Ealy*, for appellees, were not heard.

PER CURIAM, April 13, 1925:

This appeal is from the refusal of the orphans' court to award an issue devisavit vel non. Appellants contend that, at the date of the execution of the paper offered as the will of William T. Geddes, the latter was without testamentary capacity, and subject to the undue influence of Zelda F. Howe, afterwards Zelda F. Geddes, now the widow of decedent, who, by such influence so exerted, procured the alleged will in her favor. The record is devoid of evidence sufficient to sustain these contentions; and, since the sole assignment of error complains only of the decree, this is all that need be said in disposing of the present appeal.

The decree is affirmed at cost of appellants.